UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC KESSOUS,**

        **Plaintiff,**

v.                                          **Case No: 6:17-cv-874-Orl-41DCI**

**DUANE ARTHUR,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Duane Arthur's Response to Order to Show Cause (Doc. 6). On May 26, 2017, this Court ordered Arthur to show cause why this case should not be remanded for lack of subject matter jurisdiction. (May 26, 2017 Order, Doc. 3, at 2). Specifically, this Court noted that the original Complaint had not been provided and a crossclaim defendant, such as Arthur, cannot remove a case based on the appearance of a federal question in the crossclaim.

In his Response, Arthur argues that this Court erred in finding the Third Party Complaint (Doc. 2) to be a mislabeled cross complaint. Arthur has provided no legal authority or argument to support his claim that the Third Party Complaint is not a cross complaint. For the reasons set forth in the May 26, 2017 Order, the Third Party Complaint is a cross complaint under the Federal Rules of Civil Procedure; the label provided by the parties is not binding on this Court. *See Edwards v. Prime, Inc.*, 602 F.3d 1276, 1291 (11th Cir. 2010) (noting that courts "are not . . . required to accept the labels and legal conclusions in the complaint as true"). Arthur has not established jurisdiction, and this case will be remanded.

Therefore, it is **ORDERED** that this case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, Case Number 2009-CA-021456-O. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Clerk of the Court of the Ninth Judicial Circuit, in and for Orange County, Florida